IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:13CR349
                             )
    v.                       )
                             )
GLEN FISCHER,                )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on the findings and recommendation and order of the magistrate judge (Filing No. 30), recommending that defendant's motion to suppress (Filing No. 22) be denied. No objections have been filed. The Court has reviewed the motion, the brief in support of said motion (Filing No. 23), the transcript (Filing No. 33), as well as the brief in opposition (Filing No. 26), and finds the recommendation of the magistrate judge should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The findings and recommendation of the magistrate judge are approved and adopted.

2) Defendant's motion to suppress is denied.

3) Trial of this matter is scheduled for:

**Tuesday, February 25, 2014, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the

Court.  The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between January 13, 2014, and February 25, 2014, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 13th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court