IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )      8:13CR349
                             )
     v.                      )
                             )
GLEN FISCHER,                )         ORDER
                             )
           Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 47).  The Court notes plaintiff has no objection.  Accordingly,

IT IS ORDERED that defendant's motion is granted; sentencing is rescheduled for:

**Thursday, August 14, 2014, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 7th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court